1  MICHAEL J. McCUE (Nevada Bar No. 6055)
   mmccue@lrlaw.com
2  JOHN L. KRIEGER (Nevada Bar No. 6023)
   jkrieger@lrlaw.com
3  LEWIS AND ROCA LLP
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, NV 89169
   (702) 949-8200
5  (702) 949-8398 fax

6  Attorneys for MGM MIRAGE OPERATIONS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MGM MIRAGE OPERATIONS, INC., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAMIR KRUZICEVIC, an individual; and CHEAPROOMS.COM, an unknown business entity,<br><br>　　　　　Defendants. | CASE NO.<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>(1) Cybersquatting<br>　under 15 U.S.C. § 1125(d)<br><br>(2) Trademark Infringement<br>　under 15 U.S.C. § 1114<br><br>(3) Unfair Competition<br>　under 15 U.S.C. § 1125(a)<br><br>(4) Trademark Dilution<br>　under 15 U.S.C. § 1125(c)<br><br>(5) State Trademark Infringement<br>　under N.R.S. § 600.420<br><br>(6) State Trademark Dilution<br>　under N.R.S. § 600.435<br><br>(7) Common Law Trademark Infringement<br><br>(8) Deceptive Trade Practices<br>　under N.R.S. § 598.0903, et seq.<br><br>(9) Intentional Interference with Prospective Economic Advantage |

For its complaint, MGM MIRAGE Operations, Inc. alleges the following.

**NATURE OF THE CASE**

This is an action for cybersquatting, trademark infringement, unfair competition, and trademark dilution under federal statutes, with pendent state and/or common law claims for trademark infringement, trademark dilution, deceptive trade practices, and intentional interference with prospective economic advantage. Plaintiff seeks damages, attorneys' fees, costs, and preliminary and permanent injunctive relief.

**JURISDICTION AND VENUE**

1. This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. §§ 1331 and 1338(a). This Court has supplemental jurisdiction over Plaintiff's state and common law claims pursuant to 28 U.S.C. § 1367(a).

2. This Court has personal jurisdiction over Defendants based upon the following: (a) Defendants operate a website on the Internet that is accessible to residents of the State of Nevada; (b) Defendants' website is interactive in that it seeks to obtain information from web users; (c) Defendants' website is interactive in that it allows web users to book travel and hotel rooms; and (d) Defendants have committed tortious acts that Defendants knew or should have known would cause injury to a Nevada resident in the State of Nevada.

3. Venue is proper in the United States District Court for the District of Nevada under 28 U.S.C. §§ 1391(b) and 1391(c). Venue lies in the unofficial Southern division of this Court.

**PARTIES**

4. Plaintiff MGM MIRAGE Operations, Inc. is a Nevada corporation with its principal place of business in Las Vegas, Nevada. Plaintiff has been authorized to protect and enforce the trademarks owned by Mandalay Resort Group (the "Trademark Owner").

5. Upon information and belief, Damir Kruzicevic is an individual residing and doing business in Split, Croatia.

6. Upon information and belief, CheapRooms.com is an unknown business entity doing business in Split, Croatia.

7. Upon information and belief, Damir Kruzicevic and CheapRooms.com are each the alter ego of the other, and are the officer, agent, servant, representative, and/or employee of the other, acting in participation with the other, having authority or apparent authority to bind the other.

## ALLEGATIONS COMMON TO ALL COUNTS

8. "Mandalay Bay" is a famous destination resort hotel casino located on the world-famous "Las Vegas Strip" in Las Vegas, Nevada. Mandalay Resort Group owns and, through its subsidiary company, operates the "Mandalay Bay."

9. Since "Mandalay Bay" opened in 1999, Mandalay Resort Group has continuously used its marks in connection with advertising and promoting its property in the United States and around the world.

10. The MANDALAY BAY name and logo are service marks that are owned by Mandalay Resort Group and are registered on the Principal Register of the United States Patent and Trademark Office, including, among others:

   a. MANDALAY BAY: Registration No. 2,275,016 for casino services; and

   b. MANDALAY BAY RESORT AND CASINO: Registration No. 2,275,015 for hotel and restaurant services

(collectively "MANDALAY BAY Marks"). These federal trademark registrations have not been abandoned, canceled, or revoked. Moreover, these federal trademark registrations have become incontestable through the filing of Section 8 and 15 affidavits in the Patent and Trademark Office.

11. Mandalay Resort Group has spent substantial sums of money to advertise and promote the MANDALAY BAY Marks in print, broadcast media, and on the Internet through the "Mandalay Bay" website accessible throughout the United States and around the world at <mandalaybay.com>, among others. A true and accurate copy of the website is attached hereto as Exhibit 1, and is incorporated by this reference. In addition, Mandalay Resort Group has made extensive use of the MANDALAY BAY Marks on, among other things, signage, wearing apparel, souvenirs and promotional materials.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

414933.2

12. Based on its federal trademark registrations and extensive use, Mandalay Resort Group owns the exclusive right to use the MANDALAY BAY Marks in connection with hotel, casino and related services.

13. The MANDALAY BAY Marks are distinctive and famous in the United States and around the world for resort hotel casino services.

14. On or about March 25, 2002, Defendants registered the <mandlaybay.com> Internet domain name with Fabulous.com Pty Ltd., a domain name registrar. Defendants' <mandlaybay.com> domain name contains a common typographical misspelling of Plaintiff's famous trademarks and the domain name where its website is located--<mandalaybay.com>.

15. Some time after registration, Defendants redirected the <mandlaybay.com> domain name to their "CheapRooms.com" website, a travel booking website owned by Defendants, providing, among other services, hotel reservations, and directing consumers to Las Vegas hotels and numerous other websites offering services in direct competition with Plaintiff. A true and accurate copy of the home page of the "CheapRooms.com" website is attached hereto as Exhibit 2, and is incorporated herein by this reference.

16. Defendants have not registered and used the <mandlaybay.com> domain name in good faith.

17. By registering and using a domain name containing a common typographical misspelling of the MANDALAY BAY Marks, Defendants were and are attempting to trade on the goodwill of the Trademark Owner.

18. By registering and using a domain name containing a common typographical misspelling of MANDALAY BAY Marks, Defendants were and are attempting to create an association between the <mandlaybay.com> domain and the Trademark Owner.

19. By registering and using the <mandlaybay.com> domain name, Defendants were and are attempting to frustrate or divert Internet traffic intended for the Trademark Owner.

**COUNT I**
(Cybersquatting Under
The Lanham Act, 15 U.S.C. § 1125(d))

20. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

21. Defendants have registered, trafficked in, and/or used a domain name that is confusingly similar to and/or dilutive of the MANDALAY BAY Marks, which were distinctive and/or famous at the time Defendants registered the <mandlaybay.com> domain name.

22. Upon information and belief, Defendants have or have had a bad faith intent to profit from the MANDALAY BAY Marks.

23. As a direct and proximate result of such conduct, Plaintiff and the Trademark Owner have suffered, and will continue to suffer, monetary loss and irreparable injury to their business, reputation, and goodwill.

**COUNT II**
(Trademark Infringement Under
The Lanham Act, 15 U.S.C. § 1114)

24. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

25. Defendants have used and/or are using in commerce the <mandlaybay.com> domain name, which contains a typographical misspelling of the MANDALAY BAY Marks, and, thus, Defendants' domain name is confusingly similar to the Trademark Owner's trademarks.

26. Defendants' use in commerce of the MANDALAY BAY Marks and/or a mark confusingly similar to the MANDALAY BAY Marks in the <mandlaybay.com> Internet domain name and Defendants' directing the same to their own online travel and hotel room reservation booking website constitutes a reproduction, copying, counterfeiting, and colorable imitation of the Trademark Owner's trademarks in a manner that is likely to cause confusion or mistake or that is likely to deceive consumers.

27. By using the MANDALAY BAY Marks and/or a mark confusingly similar to the MANDALAY BAY Marks with the knowledge that the Trademark Owner owns and has used,

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

414933.2

and continues to use, its trademarks in Las Vegas, Nevada, across the United States, and around the world, Defendants have intended to cause confusion, cause mistake, or deceive consumers.

28. Defendants are using a mark that is the same and/or confusingly similar to the MANDALAY BAY Marks in connection with the sale, offering for sale, or advertising of services in a manner that is likely to cause confusion or mistake, or to deceive consumers as to an affiliation, connection, or association with the Trademark Owner, or as to the origin, sponsorship, or approval of Defendants' services or commercial activities by Plaintiff and the Trademark Owner.

29. Defendants are also using a mark that is the same and/or confusingly similar to the MANDALAY BAY Marks in the <mandlaybay.com> domain name to cause initial interest confusion and to divert Internet users away from the Trademark Owner's website.

30. Defendants' use of the MANDALAY BAY Marks and/or a mark confusingly similar to the MANDALAY BAY Marks has created a likelihood of confusion among consumers who may falsely believe that Defendants' business or the online travel and hotel room reservation booking website, to which the <mandlaybay.com> domain name is redirected, is associated with the "Mandalay Bay" resort hotel casino or that Plaintiff and the Trademark Owner sponsors or approves of Defendants' services or commercial activities.

31. As a direct and proximate result of Defendants' infringement, Plaintiff and the Trademark Owner have suffered, and will continue to suffer, monetary loss and irreparable injury to their business, reputation, and goodwill.

**COUNT III**
(Unfair Competition Under
The Lanham Act, 15 U.S.C. § 1125(a))

32. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

33. Defendants' use in commerce of a mark that is the same and/or confusingly similar to the MANDALAY BAY Marks in connection with Defendants' <mandlaybay.com> domain name constitutes a false designation of origin and/or a false or misleading description or

1   representation of fact, which is likely to cause confusion, cause mistake, or deceive as to

2   affiliation, connection, or association with the Trademark Owner, or as to the origin, sponsorship,

3   or approval of Defendants' services or commercial activities by the Trademark Owner.

4       34.   Defendants' use in commerce of the MANDALAY BAY Marks and/or a mark

5   confusingly similar thereto with the knowledge that the Trademark Owner owns and has used, and

6   continues to use, its trademarks, constitutes intentional conduct by Defendants to make false

7   designations of origin and false descriptions about Defendants' services and commercial activities.

8       35.   As a direct and proximate result of such unfair competition, Plaintiff and the

9   Trademark Owner have suffered, and will continue to suffer, monetary loss and irreparable injury

10   to their business, reputation, and goodwill.

**COUNT IV**
(Trademark Dilution Under
The Federal Trademark Dilution Act, 15 U.S.C. § 1125(c))

13       36.   Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth

14   herein.

15       37.   The MANDALAY BAY Marks are inherently distinctive. Through their adoption

16   and consistent and extensive use, the MANDALAY BAY Marks have acquired fame.

17       38.   Defendants began using a mark that is the same and/or nearly identical to the

18   MANDALAY BAY Marks in connection with Defendants' <mandlaybay.com> Internet domain

19   name after the MANDALAY BAY Marks became famous.

20       39.   Defendants' use of the MANDALAY BAY Marks and/or a mark confusingly

21   similar thereto has and will cause dilution of the distinctive quality of the Trademark Owner's

22   trademarks and will otherwise cause irreparable injury to its business, reputation, and goodwill.

23       40.   Upon information and belief, Defendants' use of the MANDALAY BAY Marks

24   and/or a mark confusingly similar thereto was willful in nature, in that Defendants willfully

25   intended to trade on the reputation of the Trademark Owner or to cause dilution of the

26   MANDALAY BAY Marks.

41. As a direct and proximate result of Defendants' dilution of the MANDALAY BAY Marks, Plaintiff and the Trademark Owner have suffered, and will suffer, irreparable injury to their business, reputation, and goodwill.

**COUNT V**
(State Trademark Infringement
Under N.R.S. 600.420)

42. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

43. Defendants have used and/or are using the <mandlaybay.com> domain name, which contains the MANDALAY BAY Marks, without Plaintiff's or the Trademark Owner's consent.

44. Defendants' use in commerce of MANDALAY BAY Marks and/or a mark confusingly similar to the MANDALAY BAY Marks in the <mandlaybay.com> Internet domain name and redirecting the same to an online travel and hotel room reservation booking website, constitutes a reproduction, copying, counterfeiting, and colorable imitation of the Trademark Owner's trademarks in a manner that is likely to cause confusion or mistake or that is likely to deceive consumers.

45. By using the MANDALAY BAY Marks and/or a mark confusingly similar to the MANDALAY BAY Marks with the knowledge that the Trademark Owner owns and has used, and continues to use, its trademarks in Las Vegas, Nevada, Defendants have intended to cause confusion, cause mistake, or deceive consumers.

46. Defendants are using a mark that is the same and/or confusingly similar to the MANDALAY BAY Marks in connection with the sale, offering for sale, or advertising of services in a manner that is likely to cause confusion or mistake, or to deceive consumers as to an affiliation, connection, or association with the Trademark Owner, or as to the origin, sponsorship, or approval of Defendants' services or commercial activities by Plaintiff and the Trademark Owner.

47. Defendants are also using a mark that is the same and/or confusingly similar to the MANDALAY BAY Marks in the <mandlaybay.com> domain name to cause initial interest confusion and to divert Internet users away from the Trademark Owner's website.

48. Defendants' use of the MANDALAY BAY Marks and/or a mark confusingly similar to the MANDALAY BAY Marks has created a likelihood of confusion among consumers who may falsely believe that Defendants' business or the online travel and hotel room reservation booking website to which Defendants redirected the <mandlaybay.com> domain name is associated with the "Mandalay Bay" resort hotel casino or that the Plaintiff and the Trademark Owner sponsor or approve of Defendants' services or commercial activities.

49. As a direct and proximate result of Defendants' infringement, Plaintiff and the Trademark Owner have suffered, and will continue to suffer, monetary loss and irreparable injury to their business, reputation, and goodwill.

**COUNT VI**
(State Trademark Dilution Under
N.R.S. § 600.435)

50. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

51. The MANDALAY BAY Marks are inherently distinctive. Through their adoption and consistent and extensive use, the MANDALAY BAY Marks have acquired fame in the State of Nevada.

52. Defendants began using a mark that is the same and/or confusingly similar to the MANDALAY BAY Marks in connection with Defendants' services, associated online travel and hotel room reservation booking website, and Internet domain name after the MANDALAY BAY Marks became famous in the State of Nevada.

53. Defendants' use of the MANDALAY BAY Marks and/or marks confusingly similar thereto has and will cause dilution of the distinctive quality of the Trademark Owner's trademarks and will otherwise cause irreparable injury to the Trademark Owner's business, reputation, and goodwill.

54. Upon information and belief, Defendants' use of the MANDALAY BAY Marks and/or marks confusingly similar thereto was willful in nature, in that Defendants intended to cause dilution of the MANDALAY BAY Marks or willfully intended to trade on the Trademark Owner's reputation.

55. As a direct and proximate result of Defendants' dilution of the MANDALAY BAY Marks, Plaintiff and the Trademark Owner have suffered, and will suffer, irreparable injury to their business, reputation, and goodwill.

## COUNT VII
(Common Law Trademark Infringement)

56. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

57. By virtue of having used and continuing to use the MANDALAY BAY Marks, the Trademark Owner has acquired common law trademark rights in the MANDALAY BAY Marks.

58. Defendants' use of a mark the same and/or confusingly similar to the MANDALAY BAY Marks infringes the Trademark Owner's common law trademark rights in its MANDALAY BAY Marks and is likely to cause confusion, mistake, or deception among consumers, who will believe that Defendants' services, the associated online travel and hotel room reservation booking website and/or Internet domain name originate from, or are affiliated with, or are endorsed by Plaintiff and the Trademark Owner, when, in fact, they are not.

59. As the direct and proximate result of Defendants' infringement of the Trademark Owner's common law trademark rights under Nevada and other common law, Plaintiff and the Trademark Owner have suffered, and will continue to suffer, monetary damages and irreparable injury to their business, reputation, and goodwill.

## COUNT VIII
(Deceptive Trade Practices
Under N.R.S. § 598.0915)

60. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

61. Upon information and belief, in the course of conducting business, Defendants knowingly made false representations as to an affiliation, connection, and/or association with the Trademark Owner by using a mark identical and/or confusingly similar to the MANDALAY BAY Marks, and otherwise engaged in deceptive trade practices.

62. As the direct and proximate result of Defendants' deceptive conduct, Plaintiff and the Trademark Owner have suffered, and will continue to suffer, monetary damages and irreparable injury to their business, reputation, and goodwill.

**COUNT IX**
(Intentional Interference With
Prospective Economic Advantage)

63. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

64. Upon information and belief, at the time Defendants adopted and began using a mark that is the same and/or confusingly similar to the MANDALAY BAY Marks, and since that time, Defendants knew and have known that the Trademark Owner is in the business of providing resort hotel casino services, including advertising and making room reservations available on the Internet, and that the Trademark Owner advertises these services on the Internet using the MANDALAY BAY Marks.

65. Upon information and belief, Defendants committed acts intended or designed to disrupt the Trademark Owner's prospective economic advantage arising from providing these services.

66. Defendants' actions have disrupted or are intended to disrupt the Trademark Owner's business by, among other things, diverting web users away from the Trademark Owner's website and to the online travel and hotel room reservation booking website Defendants redirected to the <mandlaybay.com> domain name.

67. Defendants have no legal right, privilege or justification for this conduct.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

414933.2

68. As a direct and proximate result of Defendants' intentional interference with the Trademark Owner's prospective economic advantage, Plaintiff and the Trademark Owner have suffered, and will continue to suffer, monetary damages and irreparable injury.

69. Based on the intentional, willful and malicious nature of Defendants' actions, Plaintiff and the Trademark Owner are entitled to recover monetary damages, exemplary or punitive damages and reasonable attorneys' fees, and costs incurred in connection with this action.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that the Court grant the following relief:

A. A preliminary and permanent injunction prohibiting Defendants, Defendants' respective officers, agents, servants, employees and/or all persons acting in concert or participation with Defendants, from: (1) using the MANDALAY BAY Marks or confusingly similar variations thereof, including, but not limited to, typographical misspellings of MANDALAY BAY Marks such as "mandlaybay," alone or in combination with any other letters, words, letter strings, phrases or designs, in commerce or in connection with any business or for any purpose whatsoever (including, but not limited to, on websites, in domain names, in hidden text and metatags); and (2) registering or trafficking in any domain names containing the MANDALAY BAY Marks or confusingly similar variations thereof, including, but not limited to, typographical misspellings of MANDALAY BAY Marks such as "mandlaybay," alone or in combination with any other letters, words, phrases or designs.

B. A preliminary and permanent injunction requiring the current domain name registrar to transfer the <mandlaybay.com> domain name to Plaintiff;

C. An award of compensatory, consequential, statutory, exemplary, and/or punitive damages to Plaintiff in an amount to be determined at trial;

/ / /

/ / /

/ / /

D. An award of interest, costs and attorneys' fees incurred by Plaintiff in prosecuting this action; and

E. All other relief to which Plaintiff is entitled.

DATED: June 11, 2008.

LEWIS AND ROCA LLP

By: /s/ John L. Krieger
Michael J. McCue
John L. Krieger
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
Attorneys for
MGM MIRAGE OPERATIONS, INC.

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MGM MIRAGE OPERATIONS, INC.
v.
DAMIR KRUZICEVIC

**COMPLAINT**

# EXHIBIT 1

ROOMS & SUITES   ENTERTAINMENT   CONVENTIONS   DINING   THINGS TO DO   CASINO



the CONNOISSEUR   the ESCAPIST   the PLAYER   the PARTY GOER   the PROFESSIONAL



### FEEL THE GLOW

*Las Vegas Resorts*

You're unique. An individual. Absolutely one-of-a-kind. You're not into typical Las Vegas resorts. You have no time for everyday hotel rooms or suites that fail to inspire. Whether you're here for vacation, for work, or for something completely different, you've come to the right place.

Introducing the first website built around you. From the five personas above, select the one that best describes why you come to Vegas. Based on your selection, you'll go to a site designed around your interests and desires, so you can quickly and easily create your own experience at Mandalay Bay Resort & Casino or THEhotel at Mandalay Bay.

**CREATE YOUR EXPERIENCE**

Arrival Date: 6/10/2008   Adults: 1   Nights: 1



Rooms & Suites (0) Dining (0) Shows (0)

Case 2:08-cv-00756-JCM-LRL   Document 1   Filed 06/11/08   Page 16 of 19

 

Contact Us | Privacy Policy | Terms of Use | Players Club | Maps & Directions | Site Map | RSS | Mobile | Guest Receipt
E-mail Promotions
Press Room | FAQ | Become an Affiliate | Employment
© 2008 MGM MIRAGE. All rights reserved. 1-877-632-7800
Mandalay Bay Resort and Casino | 3950 Las Vegas Blvd. South | Las Vegas, NV 89119
THEhotel | Bellagio | Circus Circus | CityCenter | CityCenter Residential Sales | Excalibur | Luxor
MGM Grand | Monte Carlo | New York-New York | The Mirage | Treasure Island

# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MGM MIRAGE OPERATIONS, INC.
v.
DAMIR KRUZICEVIC

**COMPLAINT**

# EXHIBIT 2



**CheapRooms.com**

USA/CAN Toll Free
**1-800-311-5192**
or Europe Toll Free
**00-800-7099-7099**

**Lowest Price Guarantee**
Up To $100 Rebates
and **No Change/Cancel Fees!**

Home • Hotels • Flights • Cars • Vacation Packages • Vacation Rentals • Cheap Hotels Deals • FAQ

### Our Global Sites



United States | Great Britain
Canada | Ireland
Deutschland | Italia
France | España
Danmark | Sverige
Nederland | Suomi
Norge | Belgique
Worldwide

### Travel options

○ Flights  ● Hotels  ○ Cars  Flight+Hotel Together

1. Select a destination
○ New York   ○ Las Vegas   ○ Orlando   ○ Chicago
○ Atlanta   ○ London   ○ San Diego   ○ San Francisco
○ Boston   ○ Los Angeles   ○ New Orleans   ○ Washington, D.C.
● Enter a city: [        ]          or search by Advanced Options

2. Select Your Dates
Check-in: July 1    Check-out: July 3

3. Number of Rooms & Guests
Rooms: 1   Adults: (age 18+) 2   Children: (0-17) 0    [Search]

Save up to 70%

Book online or call:
1-800-311-5192
Europe: 00-800-7099-7099

### City guides



Use our complete city guides to research and plan your trip

Select a City:
Virtually visit over 5000 cities

### Important links

- Terms of Use
- Credit Card Safety
- 24 hr Customer Care
- Help and FAQs
- View/Cancel Reservation

### Specials



NEW! No Change or Cancel Fees
☑ Destinations & Interests
☑ Daily Cheap Hotels Deals
☑ Up To $100 Rebates!

### Weekly Specials

| Las Vegas | Los Angeles | Las Vegas | Seattle | Las Vegas |
|---|---|---|---|---|
|  |  |  |  |  |
| Sahara Las Vegas Hotel and Casino from $47.00 until 6/23/2008 | Doubletree Hotel Los Angeles/Commerce from $93.00 until 6/23/2008 | Circus Circus Hotel&Casino from $37.00 until 6/23/2008 | Hilton Garden Inn Seattle/Renton from $117.00 until 6/23/2008 | Palace Station Hotel and Casino from $35.00 until 6/23/2008 |

Hotels | Flights | Cars | Vacation Packages | Cheap Hotels Deals | Vacation Rentals
Help and FAQs | View/Cancel Reservation | Destination Guides

CheapRooms.com brings you the best hotels at discount rates, including cheap hotels rates on hotels from around the world in popular cities such as cheap hotels New

Case 2:08-cv-00756-JCM-LRL   Document 1   Filed 06/11/08   Page 19 of 19

York, cheap hotels Paris, cheap hotels London, cheap hotels Sydney, cheap hotels Orlando, cheap hotels Chicago and cheap hotels Las Vegas. As well as offering cheap hotels rates we also offer discount vacation packages, discount car hire and discount airline tickets.

Copyright® 2008 , CheapRooms.com · Terms of Use · Privacy Policy

