MICHAEL J. McCUE (Nevada Bar No. 6055)
mmccue@lrlaw.com
JOHN L. KRIEGER (Nevada Bar No. 6023)
jkrieger@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398 fax

Attorneys for MGM MIRAGE OPERATIONS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MGM MIRAGE OPERATIONS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAMIR KRUZICEVIC, an individual; and CHEAPROOMS.COM, an unknown business entity,<br><br>Defendants. | CASE NO.  2:08-cv-00756-JCM-LRL<br><br>**STIPULATED PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE** |

Plaintiff MGM MIRAGE Operations, Inc. has resolved its differences with Defendants Damir Kruzicevic and CheapRooms.com and has agreed to settled the instant matter in accordance with the terms of the Settlement Agreement and Release entered into between the parties on June 28, 2008.  Therefore, pursuant to Fed. R. Civ. P. 41, Plaintiff MGM MIRAGE Operations, Inc. hereby dismisses the instant action and requests that the Court enter a permanent injunction transferring the registration of the <mandlaybay.com> domain name to Plaintiff.

/ / /

/ / /

1  The parties have also agreed that this Court shall maintain jurisdiction to enforce the terms
2  of the settlement agreement.  See <u>Kokkonen v. Guardian Life Ins. Co. of Am.</u>, 511 U.S. 375, 381
3  (1994) (permitting federal courts to maintain jurisdiction over settlement agreements so long
4  as jurisdiction is expressly retained in order of dismissal); <u>Ortolf v. Silver Bar Mines, Inc.</u>,
5  111 F.3d 85, 87-88 (9th Cir. 1997) (applying <u>Kokkonen</u> exception).

6  IT IS SO STIPULATED AND AGREED:

7  Dated: July __, 2008                                    Dated: July __, 2008

8  LEWIS & ROCA, LLP

9
10  By: /s/ John L. Krieger
    John L. Krieger (Nevada Bar No. 6023)           Damir Kruzicevic
    Lewis & Roca LLP                                Vikovarska 43
11  3993 Howard Hughes Pkwy., Suite 600             Split, Na 21000 HR
    Las Vegas, Nevada 89169                         +385.98370690 (telephone)
12  Tel: (702) 949-8200                             EMAIL: damir@kruzicevic.com
    Fax: (702) 949-8363
13                                                  and
    Email: jkrieger@lrlaw.com
14                                                  CHEAPROOMS.COM
    Attorneys for Plaintiff
15
                                                    BY_____
16                                                  Damir Kruzicevic
                                                    As its: _____
17
                                                    Defendant
18

19                                      **ORDER**

20      IT IS HEREBY ORDERED that Defendants shall be permanently enjoined as follows:
21      Defendants, and all others acting at Defendants' instruction and/or otherwise acting on
22  Defendants' behalf, and each of them, are forever and permanently enjoined from using the
23  MANDALAY BAY trademarks, or any colorable imitations thereof, whether alone or in
24  association with any word or design, in commerce in connection with any goods or services,
25  including, but not limited to, hotel reservations, travel services and advertisements regarding the
26  same.
27

1      The parties have also agreed that this Court shall maintain jurisdiction to enforce the terms

2  of the settlement agreement. See <u>Kokkonen v. Guardian Life Ins. Co. of Am.</u>, 511 U.S. 375, 381

3  (1994) (permitting federal courts to maintain jurisdiction over settlement agreements so long

4  as jurisdiction is expressly retained in order of dismissal); <u>Ortolf v. Silver Bar Mines, Inc.</u>,

5  111 F.3d 85, 87-88 (9th Cir. 1997) (applying <u>Kokkonen</u> exception).

6  IT IS SO STIPULATED AND AGREED:

7  Dated: July ___, 2008                                  Dated: July 18, 2008

8  LEWIS & ROCA, LLP

9
10 By:_____                           _____
   John L. Krieger (Nevada Bar No. 6023)                  Damir Kruzicevic
11 Lewis & Roca LLP                                       Vikovarska 43
   3993 Howard Hughes Pkwy., Suite 600                    Split, Na 21000 HR
12 Las Vegas, Nevada 89169                                +385.98370690 (telephone)
   Tel: (702) 949-8200                                    EMAIL: damir@kruzicevic.com
13 Fax: (702) 949-8363
                                                          and
14 Email: jkrieger@lrlaw.com
                                                          CHEAPROOMS.COM
15 Attorneys for Plaintiff

16                                                        BY _____
                                                          Damir Kruzicevic
17                                                        As its: _OWNER_

18                                                        Defendant

19                                  **ORDER**

20     IT IS HEREBY ORDERED that Defendants shall be permanently enjoined as follows:

21     Defendants, and all others acting at Defendants' instruction and/or otherwise acting on

22 Defendants' behalf, and each of them, are forever and permanently enjoined from using the

23 MANDALAY BAY trademarks, or any colorable imitations thereof, whether alone or in

24 association with any word or design, in commerce in connection with any goods or services,

25 including, but not limited to, hotel reservations, travel services and advertisements regarding the

26 same.

27

1  IT IS HEREBY FURTHER ORDERED that Defendants are dismissed from the
2  above entitled matter, however, this Court shall retain jurisdiction over the settlement agreement
3  and this permanent injunction despite the dismissal of Defendants.
4  DATED: July 21, 2008

_____
The Honorable James C. Mahan
UNITED STATES DISTRICT JUDGE

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

3

426968.1